

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Joe  Alfred  Izen v. Harris County, et al

Appellate case number:   01-20-00426-CV

Trial court case number:  2010-51329

Trial court:                      270th District Court of Harris County

  Appellants have filed a second unopposed motion for extension of time to file a reply brief in the above cause. Appellants' motion is **granted**. The time for filing a reply brief is extended to and including April 12, 2021.

  It is so ORDERED.


Judge's signature: /s/ Amparo Guerra
     Acting individually


Date:  March 9, 2021